UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY McJEFFERSON RICE,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:94-cr-64

## ORDER ADOPTING REPORT AND RECOMMENDATION AND MODIFYING CONDITIONS OF SUPERVISION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Dkt. #46) is approved and adopted as the opinion of the Court, subject to change should timely objections be filed.

IT IS FURTHER ORDERED that Defendant's conditions of supervision are modified as follows:

1. **The defendant shall be required to reside at K-PEP, effective immediately, for six months.**
2. **While residing at K-PEP, the defendant shall attend and graduate from the STRIVE Program.**

Date:  October 28, 2008

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge